ADDISON R. BALDWIN,, Appellant, *v.* ELMENDORF ROOD, Respondent.

(Argued June 14, 1887; decided June 28, 1887.)

*W. A. Sutherland* for motion.

*Turk & Barnum* opposed.

Agree to grant motion to dismiss appeal; no opinion.
All concur.
Appeal dismissed.